AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Otis pl. N.W DC
Tenant Association

Lakritz Adler Management LLC et al.
Mr. Robb M. Lakritz; (Individual)
4326 8th St N.W., Wash. D.
William Glover
Eric Rome, Esq.
John Does

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

TO: (Name and address of Defendant)

Mr. William Glover
809 Otis Pl N.W. #3
D.C. 20010

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7 Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 23 2005
DATE

Janette Stewart-Curek
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/10/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lidia Grande | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mr. William Glover 809 Otis pl. NW #3 Washington, D.C. 20010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 times 4 hours | Process Server | $40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/06
Date

Signature of Server

Address of Server: 800 7th St N.W Suite 201 Washington, D.C. 20001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

809 Otis pl, NW. Dc
Tenants Association

v.

LaKritz Adler Management LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant) Defendants
Mr Robb M. LaKritz
4326 8th St n.w. #

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7 Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

M. MAYER-WHITTINGTON                DEC 23 2005
CLERK                                DATE

Janette Stewart-Cereh
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | | DATE 1/10/06 |
| NAME OF SERVER (PRINT) Lidia Grande | | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mr. Robb M. Lakritz 4326 8th St N.W Washington, D.C. 20011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| | STATEMENT OF SERVICE FEES | |
|---|---|---|
| TRAVEL 4 times 4 hour | SERVICES Process Server | TOTAL $40 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06
           Date        Signature of Server

Address of Server: 800 5th St N.W suite 201 Washington, D.C. 20001.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Ots pl, NW Dc
Tenants Association

V.

Lakritz Adler

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

Gallatin Con—
c/o Robb Lakritz
4326 8th St N.W. D.C. 20011

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             DEC 23 2005
CLERK                                   DATE

_Janette Stewart-Clark_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/10/06 |
| NAME OF SERVER *(PRINT)* Lidia Grande | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Robb Jalonitz 4326 8th St N.W Washington, D.C. 20011.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 4 times 4 hours | SERVICES process server | TOTAL $40— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/06
Date

Signature of Server

Address of Server  800 7th St N.W suite 201 Washington, DC 20001.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Otis Pl, NW AC
Tenants Association

**SUMMONS IN A CIVIL CASE**

V.

Lakritz Adler Management LLC, et al.
Mr. Robb Lakritz
Mr. Joshua Adler
Mr. William Glover
Eisen & Rome
John Does  Defendants

CASE NUMBER 1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

TO: (Name and address of Defendant)

Eric Rome, Esq
One Thomas Circle, N.W. #850
Wash. D. C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7 Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 23 2005
CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/27/05 |
| NAME OF SERVER (PRINT) Lidia Grande | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mr. Eric Rorry One Thomas Circle NW #850 Washington, D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 3 times 3 hours | SERVICES process server | TOTAL $130.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/06
Date

Signature of Server

Address of Server: 800 7th St NW suite 201 Washington, D.C. 20001.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

809-811 Otis Pl N.W. D.C.
Tenant Association
         Plaintiff

V.

Lakritz Adler Management LLC et al
Eric Rome Esq.
William Glover
John Does
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02465 JURY ACTION

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

Mr. Eric Rome
One Thomas Circle N.W. #850
Wash D.C. 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 23 2005
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/27/05 |
| NAME OF SERVER (PRINT) Lidia Grande | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mr. Eric Rome  One Thomas Circle, N.W. #850  Washington, D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 3 times 3 hours | SERVICES process server | TOTAL $30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06
           Date

Signature of Server

Address of Server  800 7th St. N.W. suite 201  Washington, D.C. 20001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Otis. Pl N.W. D.C.
Tenant Association

v.

Lakritz Adler Management LLC
et al
Eric Rome, Esq
William Glover
John Does
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

TO: (Name and address of Defendant)

Joshua Adler on behalf of Lakritz Adler Development LLC
4326 8th St, NW. Washington, D.C. 20011

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq
800 7th St N.W. #201
Wash. D.C. 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     DEC 23 2005
CLERK                          DATE

Janette Stewart-Clark
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/10/06 |
| NAME OF SERVER (PRINT)<br>Lidia Grande | TITLE<br>process server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Joshua Adler 4326 8th S.t N.W Washington, D.C. 20011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 times for 4 hours | process server | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06         [signature]
                Date              Signature of Server

Address of Server: 800 7th S.t N.W suite 201 Washington, D.C. 20001.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Otis pl. N.W. DC
Tenant Association

SUMMONS IN A CIVIL CASE

V.

Labritz Adler management L.L.C.
Eric Rome, Esq.
William Glover
John Does
            Defendants

CASE NUMBER  1:05CV02465
JUDGE: Emmet G. Sullivan
DECK TYPE: General Civil
DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

Joshua Adler
4326 8th St N.W Washington, DC. 20011

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou., Esq.
800 7th St N.W #201
Washington., D.C. 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 23 2005
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/10/06 |
| NAME OF SERVER (PRINT) Lidia GrANde | TITLE Process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Joshua Adler 4326 8th St N.W Washington, DC 20001.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 4 times 4 hours | SERVICES process server | TOTAL $40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06
            Date               Signature of Server

300 7th St N.W suite 201
Address of Server  Washington, DC 20001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

809-811 Otis pl, NW DC
Tenants Association

**SUMMONS IN A CIVIL CASE**

v.

La Kritz Adler Management LLC
Eric Rome, Esq
William Glover
John Does   Defendants

CASE NUMBER  1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

TO: (Name and address of Defendant) Defendants
Gallatin Co.
c/o J. Adler
4326 8th St NW. D.C. 20011

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7 Th St. NW #201
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 23 2005
CLERK                                DATE

Janette Stewart-Cureh
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/12/06 |
| NAME OF SERVER (PRINT) Lidia Grande | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: J. Adler 4326 8th st N.W Washington, DC 20011.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 4 times 4 hours | SERVICES process server | TOTAL $40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06
              Date          Signature of Server

Address of Server  800 7th St N.W Suite 201
                   Washington, D.C. 20001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

809-811 Otis Pl. N.W D.C
Tenant Association

**SUMMONS IN A CIVIL CASE**

V.

Lakritz Adler Management L.L.C.
Eric Rome, Esq.
William Glover
John Does

DATE STAMP: 12/23/2005

CASE NUMBER 1:05CV02465

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

JURY ACTION

TO: (Name and address of Defendant) Defendants

Joshua Adler on behalf of Lakritz Adler Development LLC
4326 8th St N.W Washington, D.C. 20011

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Marian Chou, Esq.
800 7th St N.W #201
Washington, D.C 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 23 2005
CLERK                                          DATE

Janette Stewart-Curch
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/10/06 |
| NAME OF SERVER (PRINT)  Lidia Grande | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Joshua Adler 4326 8th St. N.W Washington, D.C. 20011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL  4 times 4 hours | SERVICES  process server | TOTAL  $40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/06
         Date          Signature of Server

Address of Server: 800 7th St. N.W Suite 201 Washington, D.C. 20001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.