UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 809-811 OTIS PLACE, N.W. D.C. TENANT ASSOCIATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: **1:05CV02465** |
| LAKRITZ ADLER MANAGEMENT L.L.C., *et al.*, | * * * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE**

The Clerk will please enter the appearance of the undersigned on behalf of Defendants, Eric Rome, Esquire and Eisen & Rome, P.C. (misdesignated "Eisen & Rome L.L.C.").

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
David P. Durbin #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: (202) 496-2800
E-mail: d.durbin@jocs-law.com

Counsel for Defendants, Eric Rome, Esquire and Eisen & Rome, P.C.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry Of Appearance was mailed, first class and postage prepaid, this 23rd day of January, 2006 to:

> B. Marion Chou, Esquire
> Suite 201
> 800 7th Street, NW
> Washington, DC 20001-3851
>
> Richard Luchs, Esquire
> GREENSTEIN DeLORME & LUCHS, P.C.
> Suite 900
> 1620 L Street, NW
> Washington, DC 20036-5605
>   Counsel for Lakritz Adler Construction, L.L.C.

_____
David P. Durbin

- 2 -