UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 OTIS PLACE, N.W. D.C. TENANT ASSOCIATION, | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | *   Case No.: **1:05CV02465**<br>* |
| LAKRITZ ADLER MANAGEMENT L.L.C., *et al.*, | *<br>*<br>* |
| Defendants. | * |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, Eric Rome, Esquire and Eisen & Rome, P.C. (misdesignated "Eisen & Rome L.L.C."), by and through their undersigned counsel and pursuant to LCvR 7 and Fed. R. Civ. P. 7(b) and 12(a), hereby respectfully move this Honorable Court for the entry of an Order enlarging the time within which a responsive pleading must be filed from January 23, 2006 to and including February 6, 2006.

Counsel for the Plaintiff consented to this request in a telephone conversation on January 20, 2006.

This extension of time is supported by cause. The undersigned was retained in this matter on January 18, 2006 and is in the process of reviewing the extensive Complaint and pertinent materials. In order to properly meet the obligations set forth in Fed. R. Civ. P. 11, the undersigned submits that additional time is appropriate. No prejudice would result to the Court or any party, given that not all of the putative Defendants have yet been served and the matter allegedly arises out of events which occurred only last year.

Accordingly, for all of the foregoing reasons, Defendants respectfully pray that their request for an enlargement of time be granted.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

Counsel for Defendants, Eric Rome, Esquire
and Eisen & Rome, P.C.

### CERTIFICATE OF COUNSEL

In a telephone conversation with Plaintiff's attorney on January 20, 2006, consent to the relief requested was obtained.

_____
David P. Durbin

### POINTS AND AUTHORITIES

1. LCvR 7.
2. Fed. R. Civ. P. 7(b).

- 2 -

3.  Fed. R. Civ. P. 12(a).

_____
David P. Durbin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For Enlargement Of Time was mailed, first class and postage prepaid, this 23rd day of January, 2006 to:

> B. Marion Chou, Esquire
> Suite 201
> 800 7th Street, NW
> Washington, DC 20001-3851
>   Counsel for Plaintiff
>
> Richard Luchs, Esquire
> GREENSTEIN DeLORME & LUCHS, P.C.
> Suite 900
> 1620 L Street, NW
> Washington, DC 20036-5605
>   Counsel for Lakritz Adler Construction, L.L.C.

_____
David P. Durbin