UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 809-811 OTIS PLACE, N.W. D.C. TENANT ASSOCIATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: **1:05CV02465** |
| LAKRITZ ADLER MANAGEMENT L.L.C., *et al.*, | * * * | |
| Defendants. | * | |

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME**

Upon consideration of Defendants Consent Motion For Enlargement Of Time and any Oppositions; and, it appearing to this Court that cause exists for an extension of time, it is, by this Court, this _____ day of _____, 2006

ORDERED, that the Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that Defendants Eric Rome and Eisen & Rome, P.C. file their responsive pleadings on or before February 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

B. Marion Chou, Esquire
Suite 201
800 7th Street, NW
Washington, DC  20001-3851

Richard Luchs, Esquire
GREENSTEIN DeLORME & LUCHS, P.C.
Suite 900
1620 L Street, NW
Washington, DC  20036-5605