UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

809-811 OTIS PLACE, N.W., D.C.
TENANT ASSOCIATION,

    *Plaintiff*,

v.

LAKRITZ ADLER MANAGEMENT,
LLC, *et. al.*,

    *Defendants*.

Civil No. 1:05-2465
Judge Emmet G. Sullivan

## CONSENT MOTION FOR ENLARGEMENT OF TIME

    Defendants Lakritz Adler Management, LLC, Robb M. Lakritz, Joshua Adler, Lakritz Adler Construction, LLC, Lakritz Adler Development, LLC, and Lakritz Adler Holdings, Inc. ("Movants"), by and through their undersigned counsel and pursuant to LCvR 7 and Fed. R. Civ. P. 7(b) and 12(a), hereby respectfully move this Honorable Court for the entry of an Order enlarging the time within which a responsive pleading must be filed from January 30, 2006 to and including February 6, 2006.

    B. Marian Chou, Esq., counsel for the Plaintiff, consented to this request in a telephone conversation with the undersigned on January 26, 2006.

    This extension of time is supported by cause. Movants anticipate joining, at least in part, the response to the complaint which will be filed by the other co-defendants (namely, Eric Rome, Esq. and Eisen & Rome, P.C.). Those other defendants have similarly applied for enlargement until February 6, 2006.

280829v1

Accordingly, Movants respectfully pray that their request for an enlargement of time be granted.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, PC

By: _____/S/_____
Richard W. Luchs, #243931
William C. Casano, #352492
M. Ryan Jenness, #479076
1620 L Street, N.W., Suite 900
Washington, DC  20036
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1410
E-mail:  wcc@gdllaw.com

*Defendants Lakritz Adler Management, LLC, Robb M. Lakritz, Joshua Adler, Lakritz Adler Construction, LLC, Lakritz Adler Development, LLC, and Lakritz Adler Holdings, Inc.*

CERTIFICATE OF COUNSEL

In a telephone conversation with Plaintiff's attorney on January 26, 2006, consent to the relief requested was obtained.

_____/S/_____
William C. Casano

<u>POINTS AND AUTHORITIES</u>

1. LCvR 7.

2. Fed. R. Civ. P. 7(b).

3. Fed. R. Civ. P. 12(a).

/S/
William C. Casano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 OTIS PLACE, N.W., D.C. TENANT ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> LAKRITZ ADLER MANAGEMENT, LLC, *et. al.*, <br><br> *Defendants*. | Civil No. 1:05-2465 <br> Judge Emmet G. Sullivan |

## ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME

Upon consideration of Defendants' Consent Motion for Enlargement of Time and any Oppositions; and, it appearing to this Court that cause exists for an extension of time; it is by this Court, this _____ day of _____, 2006

ORDERED, that the Motion be, and the same hereby is GRANTED; and it is

ORDERED, that Defendants Lakritz Adler Management, LLC, Robb M. Lakritz, Joshua Adler, Lakritz Adler Construction, LLC, Lakritz Adler Development, LLC, and Lakritz Adler Holdings, Inc. file their responsive pleadings on or before February 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

280829v1

Copies to:

David P. Durbin, Esq.
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC  20036

B. Marion Chou, Esq.
Suite 201
800 7th Street, N.W.
Washington, DC  20001-3851

Richard W. Luchs, Esq.
William C. Casano, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, DC  20036-5605