Thursday, January 5, 2006

## Local News

THE EXAMINER    5

Exhibit 17

# Apartment dispute goes to court

## Tenant files RICO suit

**BY BILL MYERS**
*Examiner Staff Writer*

In what his lawyer admits is a ploy to reopen negotiations over the sale of his home, a former member of a tenants board has filed a racketeering suit against the people he claims cheated him out of a chance to buy his apartment.

Augusto Moreno filed a complaint under the Racketeer Influenced and Corrupt Organizations Act, alleging that William "Bill" Glover, real estate developers and their lawyers conspired to defraud fellow tenants of their right to buy 22 apartments at 809-811 Otis Place NW.

Moreno filed his suit late last month, two days after *The Examiner* detailed a dispute between Moreno and Glover. Moreno claims that Glover, then the president of the building's tenants association, pulled the plug on the sale of the building to Crescent Property Inc. in favor of a sale to Lakritz/Adler.

Lakritz/Adler is a real estate firm whose partner, Robb Lakritz, is a former high-level official in the Bush administration. Lakritz, his partner and firm are named as defendants in the suit.

Moreno's lawyer, B. Marian Chou, admitted Wednesday that she filed suit in order to bring the defendants back to the negotiating table.

Asked how she could gather the mountain of evidence required for a RICO suit, Chou said: "I'm not going to pretend that I understand that, per se."

She sought the assistance of attorney Beth Walker, who could not be reached for comment Wednesday.

Housing lawyer Eric M. Rome, one of the defendants, says the suit is frivolous.

"I've been representing tenants of all incomes and races in this city since 1981. I think my track record speaks for itself," Rome said.

*bmyers@dcexaminer.com*

### SUIT SPECIFICS
- RICO's civil provisions allow a plaintiff to recover up to three times the damages and attorney fees.
- Moreno's suit demands more than $6 million in damages.
- He also demands that Lakritz/Adler offer to sell the building back to the tenants for about $1.1 million.

## District smoking ban approved

### Regulations would take effect January 2007

**BY MIKE RUPERT**
*Examiner Staff Writer*

The D.C. Council approved a wide-...

### FAILED AMENDMENTS
- An amendment to exempt small-neighborhood bars less than 750 square feet from the ban failed.
- Two amendments to move up the start date of the ban — one to Sept. 1 and one to July 1 — both failed.
- An amendment to exempt Hookah bars from the ban was first rejected then approved after a deal was first made by Council Member Jim Graham, D-Ward 1.

## More top stories

### Fall leaf collection ends Saturday

If you have any leaves that haven't been collected, make sure they're bagged or gathered at the curb because the Department of Public Works will complete its fall leaf collection Saturday. Loose leaves should be raked into a pile in the tree box space so that crews can easily vacuum them.

Bagged leaves should weigh no more than 60 pounds. - *Karen DeWitt*

### District to open its first Homeowners Center today

The D.C. Department of Consumer and Regulatory Affairs will open its first Homeowners Center today to help city homeowners with legal paperwork for home improvement projects.

The new center, at 941 North Capitol St., aims to streamline the permitting process and will be open to the public between 8:30 a.m. and 4:30 p.m. - *Mike Rupert*

### Get up-to-the-second local weather live with WeatherBug

Metro-area residents can now check out up-to-the-second, live weather conditions from 650 WeatherBug Tracking Stations and 106 WeatherBug Cameras in the area. ABC 7 WJLA-TV and News Channel 8 have partnered with WeatherBug, a live, weather...