UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 809-811 OTIS PLACE, N.W. D.C. TENANT ASSOCIATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: **1:05CV02465 (EGS)** |
| LAKRITZ ADLER MANAGEMENT L.L.C., *et al.*, | * * * | |
| Defendants. | * | |

**ORDER GRANTING MOTION OF DEFENDANTS**
**ERIC ROME, ESQUIRE AND EISEN & ROME, P.C. TO DISMISS**

Upon consideration of the Motion To Dismiss of Defendants Eric Rome, Esquire And Eisen & Rome, P.C., the Opposition thereto and the record herein; and, it appearing to this Court, as a matter of law, that Plaintiff cannot state any claim upon which relief may be granted, it is, by this Court, this _____ day of _____, 2006

ORDERED, that the Motion To Dismiss be, and the same hereby is GRANTED; and, it is further

ORDERED, that the Complaint be, and the same hereby is DISMISSED, WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies To</u>:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

B. Marion Chou, Esquire
Suite 201
800 7th Street, NW
Washington, DC 20001-3851

Paul Kiernan, Esquire
Rafael Alfonzo, Esquire
HOLLAND & KNIGHT, LLP
Suite 100
2099 Pennsylvania Avenue, NW
Washington, DC 20006