IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 809-811 Otis Place, N.W. DC [sic] Tenant [sic] Association, Inc. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:05 CV 02465 |
| Lakritz Adler Management, LLC, et al. | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

Paul J. Kiernan of the firm Holland & Knight LLP enters his appearance as co-counsel for Defendants Lakritz Adler Management, LLC, Lakritz Adler Construction, LLC, Lakritz Adler Holdings, Inc., Mr. Robb M. Lakritz; and Mr. Joshua Adler (collectively "Lakritz Adler").

Respectfully submitted,

Holland & Knight, LLP

_____
Paul J. Kiernan (DC Bar # 385627)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 663-7276
(202) 955-5564 – fax

Of Counsel:

Rafael E. Alfonzo (DC Bar # 478524)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000
(202) 955-5564 – fax

# 3565219_v1