## 809-811 Otis Place NW Tenant Association
809-811 Otis Place NW
Washington, DC 20010

Resolution:

We, the members of the 809-811 Otis Place NW Tenants Association wish to express our support for the duly elected officers and directors of the 809-811 Otis Place Tenant Association in their actions on our behalf:

Bill Glover, President + Director

Kazeem Shokumbi, Vice President + Director

James Williams, Secretary + Director

Jorge Ramirez, Treasurer

We resolve that we fully support the development agreement ratified at the October 6th 2005 Tenant Association meeting and the individual agreements as described and attached to that agreement.

In addition, we ask that Mr. Moreno cease and desist from representing himself as the President of the Tenant Association and that Ms. Chou cease and desist from her claims to be representing herself as the counsel to the 809-811 Otis Place NW Tenant Association. Furthermore, we ask that Mr. Moreno and Ms. Chou cease and desist from any attempts to hinder or impede the consummation of the agreement and the demolition of 809-811 Otis Place NW.

Signed _____  12/22/05

Print Name: Priscilla Soibe     12/22/05
Date

Print Name: Kazeem Shokumbi    12/22/05
Date

Print Name: Paulette Washington    12/22/05
Date

Print Name: James Williams    12-22-05
Date

Print Name: Jose Flores    12-22-05
Date

Bill Glover    (continued)    12-22-05

X Juana Hernandez    12-22-05

    12-22-05

Jorge RAMIREZ R  
Print Name:

12/22/05  
Date

12/22/05  
Date

---
Print Name:

---
Date

---
Print Name:

---
Date

---
Print Name:

---
Date

---
Print Name:

---
Date

---
Print Name:

---
Date

---
Print Name:

---
Date

---
Print Name:

---
Date