Thursday, January 5, 2006  Local News  THE EXAMINER 5

# Apartment dispute goes to court

## Tenant files RICO suit

BY BILL MYERS
*Examiner Staff Writer*

Act, alleging that William "Bill" Glover, real estate developers and their lawyers conspired to defraud fellow tenants of their right to buy 22 apartments at 809-811 Otis Place NW.

Moreno filed his suit late last month, two days after The Examiner detailed a dispute between Moreno and Glover. Moreno claims that Glover, then the president of the building's tenants association, pulled the plug on the sale of the building to Crescent Property Inc. in favor of a sale to Lakritz/Adler.

Lakritz/Adler is a real estate firm whose partner, Robb Lakritz, is a former high-level official in the Bush administration. Lakritz, his partner and firm are named as defendants in the suit.

Moreno's lawyer, R. Marson Chou, admitted Wednesday that she filed suit in order to bring the defendants back to the negotiating table.

Asked how she could gather the mountain of evidence required for a RICO suit, Chou said: "I'm not going to pretend that I understand that, per se."

She sought the assistance of attorney Beth Walker, who could not be reached for comment Wednesday.

Housing lawyer Eric M. Rome, one of the defendants, says the suit is frivolous.

"I've been representing tenants of all incomes and races in this city since 1981. I think my track record speaks for itself," Rome said.

bmyers@dcexaminer.com

## Fall leaf collection ends Saturday

If you have any leaves that haven't been collected, make sure they're bagged or gathered at the curb because the Department of Public Works will complete its fall leaf collection Saturday. Loose leaves should be raked into a pile in the tree box space so that crews can easily vacuum them.

Bagged leaves should weigh no more than 60 pounds. — Kara Rowland

## District to open its first Homeowners Center today

The D.C. Department of Consumer and Regulatory Affairs will open its first Homeowners Center today to help city homeowners with legal paperwork for home improvement projects.

The new center, at 941 North Capitol St., aims to streamline the permitting process and will be open to the public between 8:30 a.m. and 4:30 p.m. — Eric Beam

## Get up-to-the-second local weather live with WeatherBug

Metro-area residents can now check out up-to-the-second, live weather conditions from 650 WeatherBug Tracking Stations and 106 WeatherBug Cameras in the area. ABC 7/WJLA-TV and News Channel 8 have partnered with WeatherBug, a live, weather



## District smoking ban approved

### Regulations would take effect January 2007

BY MIKE RUPPERT
*Examiner Staff Writer*

The D.C. Council approved a wide-