# Holland+Knight

|  |  |
|---|---|
| Tel  202 955 3000 | Holland & Knight LLP |
| Fax  202 955 5564 | 2099 Pennsylvania Avenue. N.W. Suite 100 |
|  | Washington, D.C.  20006 |
|  | www.hklaw.com |

Rafael E. Alfonzo
(202) 955-3000
rafael.alfonzo@hklaw.com

<u>VIA E-Mail AND U.S. MAIL</u>

February 2, 2006

B. Marian Chou, Esq.
800 7th Street, NW, Suite 701
Washington, DC 20001
bmchou@mindspring.com

> **Re:**    *809-811 Otis Place Tenant Association v. Lakritz Adler Management, LLC*

Dear Ms. Chou:

This is to confirm our conversation today and the several topics we discussed.  First, Holland & Knight LLP has been retained by Lakritz Adler Holdings, Inc., and their related entities and individuals to defend the above-referenced lawsuit and to deal with you and your client's conduct.

Second, we discussed our concern that you have filed this lawsuit without authority from the Tenant Association.  Rather, it appears you are representing a dissident tenant, Augusto Moreno, who purports to represent the Tenant Association.  I have enclosed a resolution passed by the Tenant Association at its annual meeting on December 22, 2005, in which the Tenant Association specifically *prohibited* both you and Mr. Moreno from acting on behalf of the Tenant Association's attorney.

Third, we discussed the various deficiencies in the Complaint, including that Count IV, 18 U.S.C. § 1957, does not create a private cause of action and that the underlying dispute alleged in Counts I and II is a plainly state court matter.

Finally, we were most specifically concerned about Count III of the Complaint, which alleges Civil RICO but fails to (and indeed cannot) allege any pattern of criminal/racketeering activity to satisfy the statutory pleading requirements.  Notwithstanding the utter falsity of the claim, the mere allegation that our clients operate a criminal enterprise serves to defame our clients, as evidenced by the Washington Examiner newspaper article I have also enclosed.  It is also very troubling to note that, according to the same article, you admitted that you filed this suit to force my clients to the negotiating table.  And, in response to a question as to how you would prosecute the Civil RICO claim, you purportedly stated, "I'm not going to pretend that I understand that, per se."

B. Marian Chou, Esq.
Page 2
February 2, 2006

The issues outlined above raise serious legal and ethical questions about how this matter has been conducted. We are currently preparing a motion to dismiss in which we will raise these issues before the Court. Additionally, our clients have asked us to prepare a Motion for Sanctions under Rule 11 of the Federal Rules of Civil Procedure and to pursue all other legal and professional recourses against you and Mr. Moreno. We urge you to consider these matters and to withdraw the Complaint you have filed in this case.

Sincerely yours,

HOLLAND & KNIGHT LLP

Rafael Alfonzo, Esq.                              Paul Kiernan, Esq.

cc:    Joshua Adler, Esq.
       David Durbin, Esq.

Enclosures

# 3558465_v1

## 809-811 Otis Place NW Tenant Association

809-811 Otis Place NW
Washington, DC 20010

Resolution:

We, the members of the 809-811 Otis Place NW Tenants Association wish to express our support for the duly elected officers and directors of the 809-811 Otis Place Tenant Association in their actions on our behalf:

*Bill Glover* President + *Director* B

*Kazeem Shokunbi* Vice President + *Director*

*James Williams* Secretary + *Director*

*Jorge Ramirez* Treasurer

We resolve that we fully support the development agreement ratified at the October 6th 2005 Tenant Association meeting and the individual agreements as described and attached to that agreement.

In addition, we ask that Mr. Moreno cease and desist from representing himself as the President of the Tenant Association and that Ms. Chou cease and desist from her claims to be representing herself as the counsel to the 809-811 Otis Place NW Tenant Association. Furthermore, we ask that Mr. Moreno and Ms. Chou cease and desist from any attempts to hinder or impede the consummation of the agreement and the demolition of 809-811 Otis Place NW.

Signed _____          12/22/05

*Priscilla Soibe*
Print Name: _____            12/22/05
                                        Date
*Kazeem Shokunbi*
Print Name: _____            12/22/05
                                        Date
*Paulette Washington*
Print Name: _____            12/22/05
                                        Date
*James Williams*
Print Name: _____            12-22-05
                                        Date
*Jesó Flores*
Print Name: _____            1222-05
                                        Date
*Bill Glover*               (continued) 12-22-'05

X *Juana Hernandez*                     12-22-05
                                        12-22-05

Jorge RAMIREZ #22
Print Name: _____    12/22/05
                                          Date
                                          12/22/05
Print Name: _____    Date

Print Name: _____    _____
                                          Date

Print Name: _____    _____
                                          Date

Print Name: _____    _____
                                          Date

Print Name: _____    _____
                                          Date

Print Name: _____    _____
                                          Date

Print Name: _____    _____
                                          Date

2

809-811 Otis Place NW Tenant Association
809-811 Otis Place NW
Washington, DC 20010

# Tenant Association Mandatory Annual Meeting

**Date:** Thursday, December 22, 2005

**Time:** 7 pm

**Place:** Laundry Room of 809-811 Otis Place NW

Purpose: Annual meeting to give annual report of Tenant Association and conduct elections of Tenant Association board of directors and officers

Posted: Monday, December 19, 2005 by James Williams, Secretary

# Agenda for the Annual Meeting

809-811 Otis Place NW Tenant Association

Thursday December 22nd 2005

1. Record of Attendance

   Take Roll call and make down tenant association in attendance for proof of quorum.

2. Proof of Notice

   Show posted signs

3. Report of Minutes of Preceding meeting

   James reads minutes

4. Report of Officers

   Bill Gives report and takes any questions

5. Report of Committees

6. Elections

   Re-elect existing cabinet

7. Unfinished business

   Continue our defense and send letter to city etc.

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Bill Glover_, the lawful occupant and head of household of Unit # _3_ at 809-811 Otis Place, NW, Washington, DC, and a registered member of the Tenant Association, vote as follows:

## Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokunbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _Bill Glover_        12-22-05

Print Name:                  Date

Witness: _James Williams_    12-22-05

Printed Name:                Date

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Juana Hernandez_ the lawful occupant and head of household of Unit # _34_ at 809-811 Otis Place, NW, Washington, DC, and a registered member of the Tenant Association, vote as follows:

## Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokumbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _Juana Hernandez_          _12-22-'05_
Print Name:                              Date

Witness: _____          _12-22-05_
Printed Name:                          Date

# Proxy Voting Ballot

809-811 Otis Place NW Tenants Association
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Mohamed Sillah_, the lawful occupant and head of household of Unit # _5_ at 809-811 Otis Place, NW, Washington, DC, hereby entrust _Bill Glover_ to vote for me by proxy, exactly as shown below, in the elections for board of directors and officers of the 809-811 Otis Place NW Tenant Association Annual meeting to be held on _Dec. 22, 2005_.

## Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | _Bill Glover_ |
| Vice President and 2nd Board of Director Seat: | _Kazeem Shokunbi_ |
| 3rd Board of Director Seat: | _James Williams_ |
| Secretary (can be same as 3rd board of director): | _James Williams_ |
| Treasurer (can be same as 3rd board of director): | _Jorge Ramirez_ |

If the first candidate is not elected to the first position, it is assumed that the first candidate will be voted for in subsequent elections until the top candidate is elected. The same progression will be used for the 2nd, 3rd and 4th candidates and positions as well. It is also assumed that in a run off situation the higher candidate will be voted for.

Signed _[signature]_                              _12-20-05_
Print Name: _Mohamed Sillah_                    Date

Signed and Sworn before me on the _20_ day of 2005. _December_

_[signature]_ a notary public of the District of Columbia. My commission

expires _____ day of _____.

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Kazeem Shokunbi_, the lawful occupant and head of
household of Unit # _1_ at 809-811 Otis Place, NW, Washington, DC, and a registered
member of the Tenant Association, vote as follows:

# Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokunbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _____      Date _12/22/05_
Print Name:

Witness _Mrs Paulette Washington_      Date _12/22/05_
Printed Name:

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _James Williams_ the lawful occupant and head of
household of Unit # 23  at 809-811 Otis Place, NW, Washington, DC, and a registered
member of the Tenant Association, vote as follows:

## Board of Directors and Officers:

| Position | Candidate |
| --- | --- |
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokunbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed _James Williams_          Date 12-22-05
Print Name: James Williams

Witness: Bill Glover          Date 12-22-05
Printed Name:

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Paulette Washington_, the lawful occupant and head of household of Unit # _33_ at 809-811 Otis Place, NW, Washington, DC, and a registered member of the Tenant Association, vote as follows:

# Board of Directors and Officers:

| Position | Candidate |
| --- | --- |
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokwali |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _Mrs. Paulette Washington_                Date _12/22/05_
Print Name:

Witness: _Kazeem Shokwali_                Date _12/22/05_
Printed Name:

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Priscilla Sorle_ the lawful occupant and head of
household of Unit # _35_ at 809-811 Otis Place, NW, Washington, DC, and a registered
member of the Tenant Association, vote as follows:

# Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokund, |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _Priscilla Sorike_          _12/22/05_
Print Name:                          Date

Witness: _Annex Williams_          _12-22-05_
Printed Name:                       Date

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Jorge Ramirez_, the lawful occupant and head of
household of Unit # _22_ at 809-811 Otis Place, NW, Washington, DC, and a registered
member of the Tenant Association, vote as follows:

# Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kareem Shokunbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _____                12/24 05

Print Name: _____             Date

Witness: _KAREEM Shokunbi_                       12/22/05

Printed Name:                                    Date

# Voting Ballot

809-811 Otis Place NW Tenants Association, Inc.
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Jose Flores_, the lawful occupant and head of household of Unit # _24_ at 809-811 Otis Place, NW, Washington, DC, and a registered member of the Tenant Association, vote as follows:

## Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Kareem Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kareem Shokundi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge Ramirez |

Signed: _Jose Danian Flores._    Date _12/22/05_
Print Name:

Witness: _[signature]_
Printed Name:    Date _12/22/05_

# Proxy Voting Ballot

809-811 Otis Place NW Tenants Association
809-811 Otis Place NW
Washington, DC 20010

I, (full name) _Humberto Turcio_, the lawful occupant and head of household of Unit # _21_ at 809-811 Otis Place, NW, Washington, DC, hereby entrust _Jorge Ramirez_ to vote for me by proxy, exactly as shown below, in the elections for board of directors and officers of the 809-811 Otis Place NW Tenant Association Annual meeting to be held on _Dec 22, 2005_.

## Board of Directors and Officers:

| Position | Candidate |
|---|---|
| President and 1st Board of Director Seat: | Bill Glover |
| Vice President and 2nd Board of Director Seat: | Kazeem Shokunbi |
| 3rd Board of Director Seat: | James Williams |
| Secretary (can be same as 3rd board of director): | James Williams |
| Treasurer (can be same as 3rd board of director): | Jorge ramirez |

If the first candidate is not elected to the first position, it is assumed that the first candidate will be voted for in subsequent elections until the top candidate is elected. The same progression will be used for the 2nd, 3rd and 4th candidates and positions as well. It is also assumed that in a run off situation the higher candidate will be voted for.

Signed _[signature]_                    _12-22-05_
Print Name: _Humberto Turcio_          Date

Signed and Sworn before me on the _____ day of 2005.

_____ a notary public of the District of Columbia. My commission expires _____ day of _____.

Thursday, January 5, 2006

## Local News

THE EXAMINER **5**

# Apartment dispute goes to court

## Tenant files RICO suit

BY BILL MYERS
*Examiner Staff Writer*

In what his lawyer admits is a ploy to reopen negotiations over the sale of his home, a former member of a tenants board has filed a racketeering suit against the people he claims cheated him out of a chance to buy his apartment.

Augusto Moreno filed a complaint under the Racketeer Influenced and Corrupt Organizations Act, alleging that William "Bill" Glover, real estate developers and their lawyers conspired to defraud fellow tenants of their right to buy 22 apartments at 809-811 Otis Place NW.

Moreno filed his suit late last month, two days after the Examiner detailed a dispute between Moreno and Glover. Moreno claims that Glover, then the president of the buildings tenants association, pulled the plug on the sale of the building to Crescent Property Inc. in favor of a sale to Lahtriz/Adler.

Lahtriz/Adler is a real estate firm whose partner, Robb Lahtriz, is former high-level official in the Bush administration. Lahtriz, his firm and the developers are named as defendants in the suit.

Moreno's lawyer, B. Marian Chou, admitted Wednesday that she filed suit in order to bring the defendants back to the negotiating table.

Asked how she could gather the mountain of evidence required for a RICO suit, Chou said: "I'm not going to pretend that I understand that, per se."

She sought the assistance of attorney Beth Walker, who could not be reached for comment Wednesday.

Housing lawyer Eric M. Rome, one of the defendants, says the suit is frivolous.

"I've been representing tenants of all incomes and races in this city since 1981. I think my track record speaks for itself," Rome said.

*bmyers@dcexaminer.com*

More top stories

## Fall leaf collection ends Saturday

If you have any leaves that haven't been collected, make sure they're bagged or gathered at the curb because the Department of Public Works will complete its fall leaf collection Saturday. Loose leaves should be raked into a pile in the tree box space so that crews can easily vacuum them.

Bagged leaves should weigh no more than 60 pounds.

## District to open its first Homeowners Center today

The D.C. Department of Consumer and Regulatory Affairs will open its first Homeowners Center today to help city homeowners with legal paperwork for home improvement projects.

The new center, at 941 North Capitol St., aims to streamline the permitting process and will be open to the public between 8:30 a.m. and 4:30 p.m.

## Get up-to-the-second local weather live with WeatherBug

Metro-area residents can now check out up-to-the-second, live weather conditions from 650 WeatherBug Tracking Stations and 105 WeatherBug Cameras in the area. ABC 7/WJLA-TV and News Channel 8 have partnered with WeatherBug, a free, weather

---



## District smoking ban approved

**Regulations would take effect January 2007**

BY MIKE RUPERT
*Examiner Staff Writer*

The D.C. Council approved a wide-