IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 Otis Place, N.W., <br> Tenants Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Lakritz Adler Management, LLC, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    1:05CV02465 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court having considered Defendants, Lakritz Adler Management, LLC; Lakritz Adler Construction, LLC; Lakritz Adler Holdings, Inc.; Mr. Robb M. Lakritz; and Mr. Joshua Adler's Motion to Dismiss and their Memorandum of Points and Authorities, and good cause having been shown, it is this ____ day of _____, 2006;

**ORDERED** that the Motion be and hereby is GRANTED.

_____
Judge Emmet G. Sullivan
U.S. District Court for the District of Columbia

# 3549236_v1