**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| 809-811 Otis Place, N.W., D.C. Tenant Association | * * * | Case No:1:05CV 02465 (EGS) |
| Plaintiff | * | |
| v. | * * | |
| LaKritz Adler Management LLC | * * | |
| Eric Rome, et al | * * | |
| Defendants | * * | |

*************************************************************************

**Plaintiff's Consent Motion to Enlarge Time to File Opposition to Defendants' Motion to Dismiss**

Plaintiff, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6, hereby respectfully move this Honorable Court to enlarge time to file her opposition to Defendants' Motion to Dismiss.

1. Plaintiff has received consents from Defendants' counsels. Both counsels agree to extend to March 3, 2006.

2. Plaintiff's attorney is in need to have additional time to prepare the opposition properly.

For the reasons stated above, Plaintiff respectfully requests the Court to allow enlargement of time to oppose Defendants' Motion to Dismiss until March 3, 2006.

Respectfully submitted,

/S/  See Signature on file

B. Marian Chou, Esq. (#433279)
Attorney for Plaintiff
800 7th St., N.W., #201
Washington, D.C., 20001
202-783-2794

<u>Certificate of Service</u>

   I hereby certify that I have sent a copy to both Defendants' counsel by e-mail on February 17, 2006.

                  /S/
                _____
                B. Marian Chou, Esq. (#433279)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 809-811 Otis Place, N.W., D.C. | * | |
| Tenant Association | * | Case No:1:05CV 02465 (EGS) |
| | * | |
|     Plaintiff | * | |
| v. | * | |
| | * | |
| LaKritz Adler Management LLC | * | |
| | * | |
| Eric Rome, et al | * | |
| | * | |
|     Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of the motion and consents from Defendants' counsel, it is hereby ordered that the Plaintiff can enlarge time to file her opposition to Defendants' counsels' Motion to dismiss until March 3, 2006.

So Ordered!

_____
Judge E. Sullivan

cc:  Ms. B. Marian Chou, Esq.
     bmchou@mindspring.com

     Mr. Rafael Alfonzo, Esq.
     rafael.alfonzo@hklaw.com

     Mr. David Durbin, Esq.
     d.durbin@jocs-law.com