Exhibit A

1:05 cv 02465

Dec 22nd, 2005

I ~~am~~ Wilfredy Flores am here to represent Jose Flores resident of Apartment 24. I would like to register Jose Flores as a member of the 809-811 Otis place NW Tenants Association.

_Wilfredy Flores_
Name: Wilfredy Flores

12-22-'05
Date