Exhibit B

1:05 cv.02465

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 Otis Place, N.W. DC [sic] Tenant [sic] Association, Inc.[1] ) ) ) Plaintiff, ) ) v. ) ) Lakritz Adler Management, LLC, et al. ) ) Defendants. ) ) | 1:05 CV 02465 (EGS) |

## AFFIDAVIT OF JOSHUA ADLER

Joshua Adler, being duly sworn, states as follows:

1. My name is Joshua Adler. I am over eighteen (18) years of age and am competent to testify, and have personal knowledge, regarding the matters stated in this affidavit. If called to testify, I could and would testify consistently with the statements in this affidavit.

2. I hold an undergraduate degree from Yale University.

3. For over two years, I have been a full-time commercial and residential real estate developer. I am part owner of the LaKritz Adler entities that are named as defendants in the above-captioned lawsuit.

4. My duties at LaKritz Adler include property acquisitions and financing. Because of my responsibilities, I am familiar with LaKritz Adler's financial commitments related to the Otis Place project, including to the current Otis Place tenants who have executed buy-out agreements and to the banks providing the development financing.

---

[1] The legal name of the purported plaintiff to this action is 809-811 Otis Place, N.W. Tenants Association, Inc.

5.  The current lawsuit places the Otis Place project – and indeed LaKritz Adler as a whole – in financial jeopardy because it threatens to undermine our ability to retain current or obtain new project financing.

6.  The current loan for the Otis Place project expires on April 10, 2006. *See* Promissory Note attached as an Exhibit to this Affidavit. And, there is no extension provision. Therefore, LaKritz Adler is currently seeking refinancing for the Otis Place project in the form of a development loan, which is intended to pay continuing development costs including the payment of all tenant buyouts.

7.  The current suit, however, clouds the title of the Otis Place project thereby interfering with our ability to refinance the building and also obtain the cash necessary to meet our agreements with the tenant association and the 15 of 21 tenants who signed vacancy agreements (a few of whom have already vacated.)

8.  Upon expiration of the current loan, LaKritz Adler will be in default, and may incur a 5% increase in interest rate and various other penalties, potentially including foreclosure.

9.  A ruling on our Motion to Dismiss prior to April 10, 2006 – the expiration date of the current Otis Place loan – would restore some certainty into the Otis Place project and LaKritz Adler's finances at this critical financing juncture.

The foregoing statements are true and correct.

_____
Joshua Adler

Subscribed and sworn to before me
this 13th day of March, 2006.

_____
Notary Public
# 3640201_v1

My Commission Expires:
December 14, 2010