## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

_Jacklin Price #D_   02/06/06
Signature   Unit   Date

Sworn in front of me to be true and to the best of my knowledge

District of Columbia: SS
Subscribed and Sworn to before me this 6th day of Feb 20 06   Notary   Date
Notary Public, D.C
My Commission Expires November 30, 2006   Dec-14, 2010

## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

_Signature_ #4    02/06/06
Signature    Unit    Date

Augusto David Moreno

Sworn in front of me to be true and to the best of my knowledge

Subscribed And Sworn To
Before Me This 6th Day Of February 2006

_Notary_    2/6/06
Notary    Date

NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES

## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

_____ 32  2/6/06
Signature    Unit    Date

Nitfhti Negash Tekle

Sworn in front of me to be true and to the best of my knowledge

Subscribed And Sworn To
Before Me This _6__ Day Of _February_, 2006.

_____  2/6/06
Notary    Date

NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 3/14/07

### AFFIDAVIT BY NISHTI TEKLE

I, Nishti Tekle, a.k.a. Nisti Tekel Sara, live at 809 Otis Place, N.W., #32, Washington, D.C., 20010. I have been a tenant at the apartment building since _____.

1. I showed up on October 6, 2005 at the so-called "Tenant Association Meeting" held in the laundry area meeting by Mr. William Glover and his followers.
2. I have never put my name on the so-called "sign-in" sheet.
3. I have never voted anyone in the meeting.
4. On January 18, 2006, for the first time, I saw my name on the "sign-in" sheet and condo-conversion agreement. After careful examination, I declare that I have never signed those documents. I have never agreed to any of these papers, either.
5. I want Mr. Rome, Esq., Mr. Glover and Mr. Robb LaKritz and Mr. Joshua A. Adler or anyone related to them cease and stop using my name in their documents to support their position.
6. I affirm my position to purchase my unit and support Mr. Augusto Moreno as my Tenant Association President.

I swear the above statement is true to the best of my knowledge.

_____  2/6/06
Nishti Tekle Sara          Date
Nitshti Negash Tekle

Subscribed And Sworn To
Before Me This 6th Day Of February, 2006.

_____  2/6/06
Notary                     Date

NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 3/14/67

## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

R. Toledo       apt #2    2/7/2006
Signature       Unit      Date

Sworn in front of me to be true and to the best of my knowledge

_____   2/7/06
Notary                       Date

District of Columbia: SS
Subscribed and Sworn to before me this 7th day of Feb 2006.
_____
Notary Public, D.C.           Dec. 14, 2010
My Commission Expires November 30, 2005

## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

_____  6  2-8-06
Signature     Unit    Date

Sworn in front of me to be true and to the best of my knowledge

_____  FEB 8 - 2006
Notary              Date

Miguel A. Rosales Portillo
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires Sept. 10, 2006

### Affidavit by Jose Lorenzo

I, Jose Lorenzo, am a co-renter at 809 Otis Place, N.W., #B, Washington, D.C., 20010. On March 3, 2006, Francisco Barrera and I have met with Mr. Robb LaKritz, the alleged owner of the 809 Otis Place, N.W., at his office on 4326 8th St., N.W., Washington, D.C. Both Mr. LaKritz and Mr. Adler were present.

I heard that Mr. LaKritz spoke Spanish with Mr. Francisco Barrera. He told Mr. Barrera that "Ms. Chou and Mr. Moreno are not going to win in the Court. You guys were wasting time." Mr. LaKritz also asserted that he would win the case.

Mr. LaKritz insisted that the so-called "Notice to Quit" is a valid contract and Mr. Barrera is only entitled $2,500.00 in total. Mr. LaKritz refused to pay $15,000.00 buy-out price to Mr. Francisco Barrera.

### Declaracion de Jose Lorenzo

Yo, Jose Lorenzo, soy un co-arrendatario en el 809 Otis Place, N.W., #B, Washington, D.C., 20010. El dia 3 de Marzo, 2006, Francisco Barrera y yo nos reunimos con el Sr. Robb Lakritz, el alegado propietario del 809 Otis Place, N.W., en su oficina del 4326 8th St., N.W., Washington, D.C.
El Sr. Lakritz y el Sr. Adler ambos estuvieron presentes

Yo escuche que el Sr. LaKritz hablo en espanol con el Sr. Francisco Barrera. El le dijo al Sr. Barrera que "La Sra. Chou y el Sr. Moreno no van a ganar en la Corte. Uds. estan perdiendo el tiempo." El Sr. LaKritz tambien dijo que el ganaria el caso.

El Sr. Lakritz insistio que el llamado "Aviso de Desocupar" es un contrato valido y que al Sr. Barrera solo le corresponde $2,500.00 en total. El Sr. LaKritz se nego a pagar la compensacion por desocupar de $15,000.00 al Sr. Francisco Barrera.

_Jose Lorenzo_  
Jose Lorenzo          Date

District of Columbia: SS
Subscribed and Sworn to before me this 14th day of March 2010

Notary Public, D.C.
My Commission Expires November 30, 2005    Dec 14, 2010          Notary          Date

## AFFIDAVIT

I, Jacklin Price, resident at 809 Otis Place, N.W., Apartment #8, Washington, D.C. hereby swear and affirm the following:

1. Prior to our case filing in December, 2005, I had some unwanted visits on my job by staff members from the landlord on numerous occasions.

2. Recently, I also received a phone call from Mr. Robb LaKritz about when do I want to move out in exchange to receive money from him. Mr. LaKrtiz knows that we have sued them and he is an attorney himself.

I swear that I have told the truth to the best of my knowledge.

_Jacklin Price_ #8    03/01/06
Jacklin Price                Date

_[signature]_
Notary

District of Columbia: SS
Subscribed and Sworn to before me this 01 day of March 20 06
_[signature]_
Notary Public, D.C.
My Commission Expires November 30, 2005 Dec 14, 2010

Affidavit by Jacklin Price

I, Jacklin Price, resident at 809 Otis Place, N.W., Washington, D.C., 20010. I hereby swear and affirm the following incidents:

1. On March 1, 2006, Mr. LaKritz stood around the mail boxes area in the front entrance of the building.
2. Mr. LaKritz tried to strike a conversation with me.
3. Mr. LaKritz asserted that he was winning the case in confidence. He also conveyed the message that Ms. Chou had no case at all.
4. Mr. LaKritz tried to persuade to sign the "two week notice to move" and I will have fifteen thousand ($15,000.00) dollars to walk away.
5. Mr. LaKritz also insisted that I have to move out at the end of March, 2006.
6. I told him that I would think about it.
7. On around February 28, 2006, I also saw Mr. Glover, the puppet president of LaKritz and Adler, posting a letter to advise every unit has to move on or before March 31, 2006.
8. All the above incidents worry me very much to become a homeless.
9. I believe Mr. LaKritz would kick every one out as long as we assert our tenants' rights as March 31, 2006 approaches.

_Jacklin Price_    03/08/06
Jacklin Price    Date

_____    _____
Notary    Date

SUBSCRIBED AND SWORN TO
before me this __8__ day of _March_, _2006_

Notary Public
District of Columbia
My Commission Expires _3/14/07_

### Affidavit by Francisco A. Barrera

I, Francisco A. Barrera, renter at 809 Otis Place, N.W., #B, Washington, D.C., 20010. On March 3, 2006, I have met with Mr. Robb Lakritz, the alleged owner of the 809 Otis Place, N.W., at his office on 4326 8th St., N.W., Washington, D.C.

I demanded my fair share of buy-out price but Mr. LaKritz insisted that I was merely entitled to $2,500.00. Mr. LaKritz tried to speak Spanish with me. He told me that "Ms. Chou and Mr. Moreno are not going to win in the Court. You guys were wasting time." He also asserted that he would win the case. Mr. LaKritz insisted that the so-called "Notice to Quit" is a valid contract. I challenged to his assertion and validity of the "Notice to Quit" in my previous affidavit.

I told him that I would keep my case in Mr. Moreno's group.

### Declaracion de Francisco Barrera

Yo, Francisco Barrera, arrendatario en el 809 Otis Place, N.W., #B, Washington, D.C., 20010. El dia 3 de Marzo, 2006, me reuni con el Sr. Robb Lakritz, el alegado propietario del 809 Otis Place, N.W., en su oficina del 4326 8th St., N.W., Washington, D.C..

Yo le demande mi parte justa del precio del buy-out pero el Sr Lakritz insistio que yo solo tenia derecho meramente a $2,500.00. El Sr Lakritz trato de hablar Espanol conmigo. El me dijo que "La Sra Chou y el Sr Moreno no van a ganar en la Corte. Uds estan perdiendo el tiempo." El tambien dijo que el ganaria el caso. Mr Lakritz insistio que el llamado "Aviso de Desocupar" es un contrato valido. Yo dispute su afirmacion y validez del "Aviso de Desocupar" en mi declaracion previa.

Yo le dije que continuaria mi caso en el grupo del Sr Moreno.

_____  3-13-06
Francisco A. Barrera      Date

_____
Notary                    Date

District of Columbia: SS
Subscribed and Sworn to before me this 13th day of March 06

Notary Public, D.C.
My Commission Expires November 30, 2005   DEC. 14, 2010

## Affidavit by Saul Mercado Vasquez

I, Saul Mercado Vazques, am a resident at 809 Otis Place,N.W.,Apt#31, Washington,D.C. 20010.

I hereby swear and affirm the following incidents:

1. On March 1st, 2006, Mr. William Glover came to my apartment. He spoke to me with a female Spanish Interpreter via phone. She asked my permission to record our conversation that I agreed. She wouldn't give me her name when I requested.

2. Mr. Glover, former-President of our Tenant Association tried to persuade me to give a two-week notice to the alleged owners, LaKritz and Adler, and accept $15,000.00 to vacate my apartment which I refused. I advised Mr. Glover that he should refer any related matters to our Tenant Association attorney Ms. B. Marian Chou.

3. I have no doubt that Mr. Glover was acting on behalf of the alleged owners of the property Mr. Robb Lakritz and Joshua Adler offering this $15,000.00 buy-out payment.

4. I fully support Mr. Augusto D. Moreno as the duly elected President of our 809-811 Otis Place, N.W., Tenant Association on May 29th,2005.

*[Signature]* 03/10/06

### Declaracion de Saul Mercado Vazques

Yo, Saul Mercado Vazques, soy un residente en el 809 Otis Place, N.W., Apt#31, Washington, D.C., 20010.
Yo, aqui juro y afirmo los siguientes incidents:

1. El 1ero de Marzo el Sr. William Glover vino a mi apartamento. El me hablo via telefono con una interprete femenina de Espanol. Ella me pidio permiso para grabar nuestra conversacion que yo acepte. Pero ella se rehuso a darme su nombre cuando se lo requeri.

2. El Sr. Glover ex-Presidente de nuestra Asociacion de Inquilinos trato de persuadirme a dar las dos semanas de aviso a los alegados propietarios, Lakritz and Adler, y aceptar $15,000.00 para desocupar mi apartamento a lo cual me rehuse. Le aconseje al Sr. Glover que cualquier asunto relacionado debiera ser referido a nuestra abogada de la Asociacion de Inquilinos, Sra. B. Marian Chou.

3. No tengo duda que el Sr. Glover estaba actuando en nombre de los alegados propietarios el Sr. Robb Lakritz y Joshua Adler ofreciendo este pago por desocupar de $15,000.00.

4. Yo apoyo completamente al Sr. Augusto D. Moreno como el legalmente elegido Presidente de nuestra 809-811 Otis Place, N.W., Asociacion de Inquilinos el 29 de Mayo, 2005.

_____  03/10/06
Saul Mercado Vazques    Date/Fecha

Sworn to be true to the best of my knowledge
Juro ser cierto a lo mejor de mi conocimiento

_____  _____
Notary/Notario          Date/Fecha

District of Columbia: SS
Subscribed and Sworn to before me this 10th day of March 20__
Notary Public, D.C.
My Commission Expires November 30, 2005  DEC 14, 2010

## Declaration by Jose D Flores

I, Jose D. Flores, resident at 809 Otis Place,NW.,#24,Washington,DC 20010 Hereby declare and confirm that:

1. I did not attend the December 22,2005 meeting at 809-811 Otis Place, N.W., Washington, D.C. 20010.

2. I have never seen or signed any document from or about the December 22,2005 meeting resolution.

3. I review a copy of the ballot from December 22,2005, *see Exhibit 1*, I did not recognize the signature as my signature. I never signed any document or any ballot and/or meeting resolution.

## Declaracion de Jose D Flores

Yo,Jose D Flores,residente del 809 Otis Place,NW.,#24,Washington,DC 20010 aqui declaro y confirmo que:

1. Yo no asisti a la reunion de Diciembre 22,2005 en el 809-811 Otis Place, N.W., Washington, D.C. 20010.

2. Yo nunca vi o firme ningun documento de/o acerca la resolucion de la reunion del 22 de Diciembre,2005.

3. He revisado una copia de una balota de Diciembre 22,2005.*Ver Exhibicion 1*, no reconoci la firma como mi firma.Yo nunca firme ningun documento en ninguna balota y/o resolucion de reunion.

_Jose D Flores_   02/14/06
Jose D. Flores        Date/Fecha

Sworn to be true to the best of my knowledge
Juro ser cierto a lo mejor de mi conocimiento

_[signature]_   02/14/06
Notary/Notario   Date/Fecha

District of Columbia: SS
Subscribed and Sworn to before me this 14 day of Feb 20 06
Notary Public, D.C.
My Commission Expires November 30, 2005. DEC-14, 2010

## AFFIDAVIT BY 809-811 TENANT ASSOCIATION LED BY A. MORENO

We, the tenants of the legitimate 809-811 Tenant Association led by Mr. Augusto Moreno, hereby confirm and swear the following:

1. We support Mr. Augusto Moreno's efforts in our pending litigation, <u>809-811 Otis Place, N.W., D.C., Tenant Association v. Lakritz Adler Management</u> (CV 2465-05).

2. We are tenants in 809-811 Otis Place, N. W., Washington, D.C.

3. We support our attorney's efforts for an Application for a Preliminary Injunction to prevent the Defendant's Application to Raze the buildings.

4. Furthermore, we would seek protection from the court from any further eviction or possession efforts by the Defendants, or their agents.

5. We want to stay in our apartments that have been our home. This case is not just about a monetary settlement. We filed the case in order to save our homes.

6. If the building is allowed to be destroyed, we will be **irreparably damaged** and our evidence for the court will be destroyed and material witnesses will be scattered. We will never be made whole again.

7. We are seeking the mantle of the Court to protect our homes. We feel we will prevail on the merits of the case at trial.

8. **Public Policy** should dictate that the Court protects tenants from these reprehensible tactics of defendants that have caused the gentrification of our neighborhoods leaving us stranded and without recourse.

JAKETH BADEW.    02-08-06
Signature    Unit C    Date

Sworn in front of me to be true and to the best of my knowledge

Ana Carrill    02/08/06
Notary    Date

My Comm. Exps May 14, 2008

### DECLARACIÓN POR LA ASOCIACIÓN DE INQUILINOS PRESIDIDA POR A. MORENO

Nosotros, los inquilinos de la auténtica Asociación de Inquilinos 809-811 Otis Pl.., encabezada por el Señor Augusto Moreno, confirman y juran lo siguiente:

1. Nosotros apoyamos el esfuerzo del Señor Augusto Moreno en nuestro litigio pendiente, Asociación de Inquilinos 809-811 Otis Place, NW. DC. en contra de Lakritz Alder Management (CV 2465-05)

2. Nosotros somos inquilinos de 809-811 Otis Place, NW, Washington D C.

3. Nosotros apoyamos el esfuerzo de nuestra abogada en la petición preliminar de orden para impedir la petición del demandado para la demolición del edificio.

4. Además, nosotros solicitamos protección de la corte por cualquier lejano desahucio o empeño de adueñarse, por parte del demandado, o sus agentes.

5. Nosotros queremos permanecer en nuestros departamentos que han sido nuestros hogares. Este caso no es solo relacionado con un arreglo monetario. Nosotros encabezamos este caso para salvar nuestros hogares.

6. Si se da el consentimiento para demoler el edificio, nosotros **seremos lastimados de manera irreparable** y nuestra evidencia para la corte será demolido y nuestro testimonio material será esparcido. Nosotros nunca seremos los mismos de nuevo.

7. Nosotros estamos buscando justicia de la corte para proteger nuestros hogares. Por los meritos del caso sentimos que vamos a prevalecer en corte.

8. **Política Pública** debe dar el mandato de que la corte proteja a los inquilinos de tácticas represivas de los acusados que están provocando en nuestro barrio la movilización de los inquilinos originarios, dejándonos varados y sin ningún recurso.

_____  1-10-06
Firma    Departamento    Fecha

Jura decir la verdad basado en mi conocimiento del caso.

_____
Notario            Fecha


LEDC apoyo en la traducción de este documento. LEDC es una organización sin fines de lucro patrocinada por el Departamento de Vivienda y Desarrollo Comunitario de DC (DHCD).

**DECLARACIÓN POR LA ASOCIACIÓN DE INQUILINOS PRESIDIDA POR A. MORENO**

Nosotros, los inquilinos de la auténtica Asociación de Inquilinos 809-811 Otis Pl.., encabezada por el Señor Augusto Moreno, confirman y juran lo siguiente:

1. Nosotros apoyamos el esfuerzo del Señor Augusto Moreno en nuestro litigio pendiente, Asociación de Inquilinos 809-811 Otis Place, NW. DC. en contra de Lakritz Alder Management (CV 2465-05)

2. Nosotros somos inquilinos de 809-811 Otis Place, NW, Washington D C.

3. Nosotros apoyamos el esfuerzo de nuestra abogada en la petición preliminar de orden para impedir la petición del demandado para la demolición del edificio.

4. Además, nosotros solicitamos protección de la corte por cualquier lejano desahucio o empeño de adueñarse, por parte del demandado, o sus agentes.

5. Nosotros queremos permanecer en nuestros departamentos que han sido nuestros hogares. Este caso no es solo relacionado con un arreglo monetario. Nosotros encabezamos este caso para salvar nuestros hogares.

6. Si se da el consentimiento para demoler el edificio, nosotros **seremos lastimados de manera irreparable** y nuestra evidencia para la corte será demolido y nuestro testimonio material será esparcido. Nosotros nunca seremos los mismos de nuevo.

7. Nosotros estamos buscando justicia de la corte para proteger nuestros hogares. Por los meritos del caso sentimos que vamos a prevalecer en corte.

8. **Política Pública** debe dar el mandato de que la corte proteja a los inquilinos de tácticas represivas de los acusados que están provocando en nuestro barrio la movilización de los inquilinos originarios, dejándonos varados y sin ningún recurso.

_____  31   02/7/06
Firma           Departamento   Fecha

Jura decir la verdad basado en mi conocimiento del caso.

District of Columbia: ss
Subscribed and Sworn to before me this 7th day of Feb 2006

_____   DEC. 14, 2010
Notario        Fecha

Notary Public, D.C.
My Commission Expires November 30, 2005

LEDC apoyo en la traducción de este documento. LEDC es una organización sin fines de lucro patrocinada por el Departamento de Vivienda y Desarrollo Comunitario de DC (DHCD).

### DECLARACIÓN POR LA ASOCIACIÓN DE INQUILINOS PRESIDIDA POR A. MORENO

Nosotros, los inquilinos de la auténtica Asociación de Inquilinos 809-811 Otis Pl.., encabezada por el Señor Augusto Moreno, confirman y juran lo siguiente:

1. Nosotros apoyamos el esfuerzo del Señor Augusto Moreno en nuestro litigio pendiente, Asociación de Inquilinos 809-811 Otis Place, NW. DC. en contra de Lakritz Alder Management (CV 2465-05)

2. Nosotros somos inquilinos de 809-811 Otis Place, NW, Washington D C.

3. Nosotros apoyamos el esfuerzo de nuestra abogada en la petición preliminar de orden para impedir la petición del demandado para la demolición del edificio.

4. Además, nosotros solicitamos protección de la corte por cualquier lejano desahucio o empeño de adueñarse, por parte del demandado, o sus agentes.

5. Nosotros queremos permanecer en nuestros departamentos que han sido nuestros hogares. Este caso no es solo relacionado con un arreglo monetario. Nosotros encabezamos este caso para salvar nuestros hogares.

6. Si se da el consentimiento para demoler el edificio, nosotros **seremos lastimados de manera irreparable** y nuestra evidencia para la corte será demolido y nuestro testimonio material será esparcido. Nosotros nunca seremos los mismos de nuevo.

7. Nosotros estamos buscando justicia de la corte para proteger nuestros hogares. Por los meritos del caso sentimos que vamos a prevalecer en corte.

8. **Política Pública** debe dar el mandato de que la corte proteja a los inquilinos de tácticas represivas de los acusados que están provocando en nuestro barrio la movilización de los inquilinos originarios, dejándonos varados y sin ningún recurso.

_Joseb anoto   B. 02 03 06_
Firma   Departamento   Fecha

Jura decir la verdad basado en mi conocimiento del caso.

District of Columbia: SS
Subscribed and Sworn to before me this 8th day of Feb 20 06

Notario   Fecha

Notary Public D.C.   MY COMMISSION EXPIRES: DEC. 14, 2010

LEDC apoyo en la traducción de este documento. LEDC es una organización sin fines de lucro patrocinada por el Departamento de Vivienda y Desarrollo Comunitario de DC (DHCD).

# AFFIDAVIT REGARDING TO REAL ESTATE PROPERTY SETTLEMENT ON 809-811 OTIS PLACE, N.W., WASHINGTON, D.C. 20010

We, Phillip G. Suggs, and Jackyln Price, confirm and affirm as following:

1. On April 9, 2005, we went to Mr. Eric Rome, Esq. office to observe the settlement between our old property owner, Crescent Property and LaKritz Adler Company. We were invited by previous owner, Salabuxa, to attend the meeting.

2. Knowing that we had a first right to purchase the property, we wanted to make sure our rights were properly protected by Mr. Rome, Esq.

3. We arrived approximately at 2:00 p.m.. Mr. Rome's female receptionist greeted us.

4. Mr. Rome then led us to his conference room.

5. While we were in the room, I inquired about the sale of building. I also asked him what happened to our purchase right of the property. In addition, I questioned him about the so-called "new owner" of the property. Ms. Price tried to give a letter to Mr. Rome. We both informed Mr. Rome, Esq. about our intent to impeach Mr. William Glover.

6. Mr. Rome, Esq., refused to take the letter.

7. Mr. Rome informed us that "You cannot attend the meeting and it is not your concern."

8. Then, Messers Adler and LaKritz came into the conference. We were greeted by them.

9. Mr. Rome, Esq. then told us that we had to leave. Mr. Rome, Esq. escorted us out of his office.

_____  2/08/06
Jackyln Price                Date

_____  2/08/06
Phillip G. Suggs             Date

Sworn in front of me to be true to the best of my knowledge

District of Columbia: SS
Subscribed and Sworn to before me this 8th day of Feb, 20 06

_____  2/8/06
Notary                       Date

Notary Public, D.C.
My Commission Expires November 30, 2005   Dec. 14, 2010

**Declaration by Lya Toledo**

I, Lya Toledo, resident at 809 Otis Place, NW, Apt. 2, Washington, DC 20010 hereby declare and confirm that:

1. I am a Peruvian citizen and a legal resident of the United States. I am 73 years old and I live alone in apartment Number 2 at 809 Otis Place, NW, Washington DC.

2. Shortly after the sale of the 809 Otis Place, NW building to Mr. Robb Lakritz and Mr. Joshua Adler, in April 2005 Mr. Andrew Leverman, the property manager, made some visits to my apartment, accompanied by a female Hispanic employee. During one of these visits Mr. Leverman, by way of the Spanish-speaking employee, offered to give me $500.00 at that point in time and $2,000.00 upon moving out of my apartment if I signed a document, which I refused to sign.

3. Furthermore they offered me the address of an apartment where I could move; under this pretext the Hispanic employee asked to see my proof of legal residence (Green Card), telling me that they needed it in order to fill out the paperwork to lease the apartment that they were offering to me. I offered to obtain a copy of my Green Card for them but they insisted in physically seeing my immigration documents. For this reason I submitted a formal complaint of discrimination and harassment before the Civil Rights Commission, which is still pending. The person in charge of the case is Ms. Julia Sarmiento, (202) 645-5630.


**Declaración de Lya Toledo**

Yo, Lya Toledo, residente del 809 Otis Place, NW., Apt 2, Washington, DC 20010 declaro y confirmo que:

1. Soy ciudadana peruana, residente legal de Estados Unidos, tengo 73 años y vivo sola en el apartamento No 2 de 809 Otis Place, NW, Washington, DC.

2. Poco después de la venta del edificio 809 Otis Place, NW a los Srs Robb Lakritz y Joshua Adler, se sucedieron en Abril del 2005 visitas por parte del Sr Andrew Leverman, gerente de la propiedad acompañado de una empleada hispana a mi apartamento. En una de estas visitas el Sr Leverman a través de esta empleada que hablaba español, me ofreció darme $500.00 dólares en ese momento y luego $2,000.00 al abandonar mi apartamento, si yo les firmaba un documento a lo cual me negué a firmar.

3. Además de esto me ofrecieron la dirección de un apartamento para que yo me mudara, con este pretexto esta empleada hispana me pidió mi documento de residencia legal: Green Card, diciéndome que lo necesitaban para llenar los papeles de arriendo del apartamento que ellos me ofrecían. Yo les ofrecí conseguirles una copia del mismo pero ellos insistieron en ver el documento de

migratorio físicamente. Por esta razón es que yo inicié una queja formal ante la Comisión de Derechos Civiles por discriminación y maltrato en la vivienda que aún está pendiente y la persona encargada del caso es la Sra Julia Sarmiento: (202) 645-5630.

Sworn to be true to the best of my knowledge
Juro ser cierto a lo mejor de mi conocimiento

_Lya Toledo_    2/24/2006
Lya Toledo    Fecha/Date

District of Columbia: SS
Subscribed and Sworn to before me this 24th day of Feb 2006

Notary Public, D.C.
My Commission Expires November 30, 2005 Dec. 14, 2010    _signature_    12/24/06
                                        Notario/Notary    Fecha/Date

LEDC provided support in the translation of this document. LEDC is a nonprofit organization and receives funding from the DC Department of Housing and Community Development (DHCD).