UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 OTIS PLACE, N.W. D.C. TENANT ASSOCIATION, | * * * |
| Plaintiff, | * * |
| v. | * Case No.: **1:05CV02465 (EGS)** |
| | * |
| LAKRITZ ADLER MANAGEMENT L.L.C., *et al.*, | * * * |
| Defendants. | * |

## RESPONSE TO PLAINTIFF'S
## APPLICATION FOR PRELIMINARY INJUNCTION

Defendants, Eric Rome, Esquire and Eisen & Rome, P.C. (misdesignated "Eisen & Rome L.L.C."), by and through their undersigned counsel and pursuant to this Court's Order of March 15, 2006, hereby respectfully provide the following Response to the Application For Injunction:

1.      The relief sought in the Application focuses solely on the subject property and, therefore, does not directly impact these Defendants, who served as counsel for the legitimate Tenant Association.

2.      For the reasons set forth in the Motion To Dismiss filed on behalf of these Defendants on February 3, 2006, it does not appear that this Court has appropriate subject matter jurisdiction sufficient to empower it to issue the relief sought by the Plaintiff.  The sole basis for jurisdiction in this Court is the unfounded claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 (2004 Ed., as amended).  As has been demonstrated in the dismissal papers, there is no viable claim under RICO (and the other claims fail, as a matter of law, as well).

3. Moreover, it appears that the Plaintiff has failed to cite any controlling authority from this jurisdiction for the relief it seeks. Given the arguments pending in the dispositive Motions, Plaintiff has no likelihood of success on the merits. This factor in the analysis is particularly important since case law supports the proposition that, absent a "substantial indication" of likely success on the merits, the request for injunctive relief should be denied. <u>American Bankers Association v. National Credit Union Administration</u>, 38 F.Supp.2d 114, 140 (D.D.C. 1999) (citation omitted).

4. Finally, while these Defendants do not believe that the relief requested should be granted for the reasons articulated in the Motion To Dismiss, since they are not directly impacted by the request for injunctive relief, they have no formal opposition to provide at this time.

>Respectfully submitted,
>
>JORDAN COYNE & SAVITS, L.L.P.
>
>By: _/s/ David P. Durbin_
>David P. Durbin  #928655
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC  20036
>(202) 496-2804
>Fax:  (202) 496-2800
>E-mail:  d.durbin@jocs-law.com
>
>Counsel for Defendants, Eric Rome, Esquire
>and Eisen & Rome, P.C.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Response To Plaintiff's Application For Preliminary Injunction was mailed, first class and postage prepaid, this 16th day of March, 2006 to:

>B. Marion Chou, Esquire
>Suite 201
>800 7th Street, NW
>Washington, DC 20001-3851
>  Counsel for Plaintiff
>
>Paul J. Kiernan, Esquire
>Rafael E. Alfonzo, Esquire (Of Counsel)
>HOLLAND & KNIGHT, LLP
>Suite 100
>2099 Pennsylvania Avenue, NW
>Washington, DC 20006
>  Counsel for Lakritz Adler Management, LLC, Robb
>  M. Lakritz, Joshua Adler, Lakritz Adler
>  Construction L.L.C., Lakritz Adler Development, LLC
>  and Lakritz Adler Holdings, Inc.

_____
David P. Durbin