# NOTICE TO VACATE FOR DEMOLITION
## SECTION 501(g)(1)
### 180 DAY NOTICE TO VACATE FOR DEMOLITION

2005 NOV 23 A 11: 43

**TENANT'S NAME:** Jafeth James Bendezu & Eduardo Shelton    **DATE:** 11/23/05

**TENANT'S ADDRESS:**   Apt. C, 809-811 Otis Place, NW
Washington, DC 20010

Dear Tenant:

This notice is being sent to you pursuant to the District of Columbia Rental Housing Act of 1985, (D.C. Law 6-10).

Section 501(g)(1) provides that a housing provider may recover possession of a rental accommodation in which such rental unit is located and replacing it with new construction PROVIDED, that a copy of the demolition permit application has been filed with the Rent Administrator, and PROVIDED, further, that requirements of Title VII have been complied with.

Pursuant to Section 703 of D.C. Law 6-10, you are entitled to relocation assistance in the amount of one hundred and fifty dollars ($150.00) per room excluding bathrooms and kitchens, etc. "Room is defined as any space sixty (60) square feet or larger which has a fixed ceiling and a floor and is subdivided with fixed partitions on all sides. Bathrooms, balconies, closets, pantries, kitchen, foyers, hallways, storage areas, utility rooms or the like are not considered rooms under this definition. To receive assistance, your account must be current.

Relocation assistance in the amount of seventy-five dollars ($75.00) for each pantry, kitchen, storage area, and utility room that exceeds 60 square in area, shall be payable to the tenant(s) or subtenant(s) bearing the cost of removing the majority of the furnishings.

Section 703(b) of D.C. Law 6-10, provides as follows: "Relocation assistance shall be paid to eligible tenants, not later than twenty-four (24) hours prior to the date the rental unit is to be vacated by the tenant(s) or subtenant(s) PROVIDED, that the housing provider has received a least ten (10) days (excluding) Saturday, Sunday, and holidays advance written notice of the date upon which the unit is to be vacated. Where the tenant does not provided the housing provider with at least a ten (10) day notice, the relocation assistance shall be paid within thirty (30) days after the unit is vacated.

Before an owner of a housing accommodation may sell the accommodation, or issue a notice of intent to recover possession, or notice to vacate, for purposes of demolition or discontinuance of housing use, the owner shall give the tenant an opportunity to purchase the accommodation at a price and terms which represent a bona fide offer of sale.

I/We hereby certify that the tenants have been provided the first right to purchase the subject housing accommodation pursuant to D.C. Code 42-3401.01 et seq.

BLRA-55

# DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
## BUILDING AND LAND REGULATION ADMINISTRATION
PERMIT SERVICE CENTER (202/442-4470)
941 North Capitol Street, N.E., Suite 2100
Washington, D.C. 20002

Raze #06.010

## APPLICATION FOR RAZE PERMIT OR SUPPLEMENTAL OPERATION RAZE PERMIT
(Print in ink or type; Do not write in shaded areas)

| 1. Address of Proposed Work: 809-811 Otis Place NW | 2. Lot: 0839 | 3. Square: 2897 | 4. Application Date: 10/13/05 |
|---|---|---|---|
| 5. Owner of Building or Property: Otis Place, LLC | | | 6. Phone: 202 882-080 Business / Other / E-Mail: cindy@lukritzmiller... |
| 7. Address of Owner: (including Zip) 4326 8th St. NW Wash, DC 20011 | | | |
| 8. Agent or Contractor for Owner: (if applicable) | | | 9. Phone: Business / Other / E-Mail |
| 10. Address of Agent or Contractor: (including Zip) | | | |

11. Type of Permit: (check one of the following and fill out the appropriate section on the back)

☒ Raze Permit

☐ Supplemental Razing Operation Permit

| 12. Description of Building to be Razed: (e.g. two story brick single family dwelling) 3 Story 2 Unit Apartment building | |
|---|---|
| 13. Use(s) of Building or Property: Unit Apartment Building | 14. Ex. No. of Stories of Building: 3 + Bsmt |
| 15. Materials of Building: Brick + Wood | |

TO REPORT WASTE, FRAUD, OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL,
CALL THE INSPECTOR GENERAL AT 1-800-521-1639
ALL CALLS ARE CONFIDENTIAL

-2-

## A. RAZE PERMIT

| 16. Raze Contractor's Name: | 17. Contractor's Address (including Zip): | 18. Phone: |
|---|---|---|
| TBD | | |

| 19. ☐ Historic District  20. ☐ Fine Arts | 21. Raze Entire Building?  ☒ Yes  ☐ No | 22. Building Condemned?  ☐ Yes  ☒ No | 23. Building Vacant?  ☐ Yes  ☒ No | 24. Public Space Vault?  ☐ Yes  ☐ No | 25. Party Wall? ☐ Yes ☒ No (if Yes, needs signature of adjoining Owner) |

26. Raze Contractor Signature:

27. Owner's Signature: [signature]

## B. SUPPLEMENTAL RAZE OPERATIONS PERMIT

| 28. Raze Contractor's Name: | 29. Phone: |
|---|---|
| | |

| 30. Contractor's Address (including Zip): | 31. Raze Method: |
|---|---|
| | |

| 32. Insurance Company: | 33. Policy or Certificate No.: | 34. Expiration Date: |
|---|---|---|
| | | |

| 35. ☐ Historic District  36. ☐ Fine Arts | 37. Raze Entire Building?  ☐ Yes  ☐ No | 38. Building Condemned?  ☐ Yes  ☐ No | 39. Building Vacant?  ☐ Yes  ☐ No | 40. Public Space Vault?  ☐ Yes  ☐ No | 41. Party Wall? ☐ Yes ☐ No (if Yes, needs signature of adjoining Owner) |

| 42. Plumber's Name: | 43. License Number: | 44. Length: 60 ft. | 45. Width: 66 ft. | 46. Height: 34 ft. | 47. Volume: 93,840 cu. ft. |
|---|---|---|---|---|---|

| 48. Asbestos in Building?  ☐ No ☐ Yes, Location_____ | 49. Raze Contractor: |
|---|---|
| | 50. Owner's Signature: |

131640 - 40800 =
Total areas cutouts where