UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
809-811 OTIS PLACE, NW DC    )
TENANT ASS'N,                )
                             )
          Plaintiff,         )
                             )
     v.                      )   Civil Action No. 05-2465 (EGS)
                             )
LAKRITZ ADLER                )
MANAGEMENT, LLC.,            )
et al                        )
                             )
          Defendant.         )
                             )
```

**ORDER**

    Plaintiff, allegedly known as 809-811 Otis Place, N.W. D.C. Tenant Association, brought this action against Lakritz Adler Management, Eric Rome, and Eisen and Rome, LLC, alleging breach of contract, fraud, and violations of the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. § 1964(c) ("RICO"). Pending before the Court are defendants' motions to dismiss and plaintiff's motion for a preliminary injunction.  Because plaintiff's allegations do not constitute a "pattern" of racketeering under RICO, defendant's motion to dismiss counts three and five of plaintiff's complaint is **GRANTED**.  *See Edmondson & Gallagher v. Alban Towers Tenants Ass'n*, 48 F.3d 1260, 1265 (D.C. Cir. 1995)("Plaintiffs have alleged only a single scheme . . . Moreover, the scheme entails but a single discreet injury, the loss of sale (or payment of ransom),

suffered by a small number of victims . . . We think that the combination of these factors makes it virtually impossible for plaintiff to state a RICO claim.")

The Court does not reach plaintiff's additional claims. Under 28 U.S.C. § 1367, a district court may decline to exercise supplemental jurisdiction if it has dismissed all claims over which it has original jurisdiction. 28 U.S.C. § 1367(c)(3). Thus, the Court will not address plaintiff's motion for a preliminary injunction or the merits of plaintiff's other claims so as not to prejudice the prosecution of those claims in a court of competent jurisdiction.

Accordingly, it is hereby **ORDERED** that defendants' motion to dismiss is **GRANTED** as to plaintiff's RICO claims; and it is

**FURTHER ORDERED** that the Court, declining to exercise supplemental jurisdiction, DISMISSES plaintiff's remaining claims without prejudice; and it is

**FURTHER ORDERED** that plaintiff's motion for a preliminary injunction is **DENIED AS MOOT** without prejudice; and it is

**FURTHER ORDERED** that this case is dismissed without prejudice and removed from the active calendar of the Court.

**SO ORDERED.**


**Signed by:**     **EMMET G. SULLIVAN**
         **UNITED STATES DISTRICT JUDGE**
         **March 21, 2006**