# EXHIBIT 1

# Holland+Knight

Tel   202 955 3000
Fax  202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
www.hklaw.com

Rafael E. Alfonzo
(202) 955-3000
rafael.alfonzo@hklaw.com

VIA E-Mail AND U.S. MAIL

February 2, 2006

B. Marian Chou, Esq.
800 7th Street, NW, Suite 701
Washington, DC 20001
bmchou@mindspring.com

> **Re:   *809-811 Otis Place Tenant Association v. Lakritz Adler Management, LLC***

Dear Ms. Chou:

This is to confirm our conversation today and the several topics we discussed. First, Holland & Knight LLP has been retained by Lakritz Adler Holdings, Inc., and their related entities and individuals to defend the above-referenced lawsuit and to deal with you and your client's conduct.

Second, we discussed our concern that you have filed this lawsuit without authority from the Tenant Association. Rather, it appears you are representing a dissident tenant, Augusto Moreno, who purports to represent the Tenant Association. I have enclosed a resolution passed by the Tenant Association at its annual meeting on December 22, 2005, in which the Tenant Association specifically *prohibited* both you and Mr. Moreno from acting on behalf of the Tenant Association's attorney.

Third, we discussed the various deficiencies in the Complaint, including that Count IV, 18 U.S.C. § 1957, does not create a private cause of action and that the underlying dispute alleged in Counts I and II is a plainly state court matter.

Finally, we were most specifically concerned about Count III of the Complaint, which alleges Civil RICO but fails to (and indeed cannot) allege any pattern of criminal/racketeering activity to satisfy the statutory pleading requirements. Notwithstanding the utter falsity of the claim, the mere allegation that our clients operate a criminal enterprise serves to defame our clients, as evidenced by the Washington Examiner newspaper article I have also enclosed. It is also very troubling to note that, according to the same article, you admitted that you filed this suit to force my clients to the negotiating table. And, in response to a question as to how you would prosecute the Civil RICO claim, you purportedly stated, "I'm not going to pretend that I understand that, per se."

B. Marian Chou, Esq.
Page 2
February 2, 2006

The issues outlined above raise serious legal and ethical questions about how this matter has been conducted.  We are currently preparing a motion to dismiss in which we will raise these issues before the Court.  Additionally, our clients have asked us to prepare a Motion for Sanctions under Rule 11 of the Federal Rules of Civil Procedure and to pursue all other legal and professional recourses against you and Mr. Moreno.  We urge you to consider these matters and to withdraw the Complaint you have filed in this case.

Sincerely yours,

HOLLAND & KNIGHT  LLP

Rafael Alfonzo, Esq.                          Paul Kiernan, Esq.

cc:    Joshua Adler, Esq.
       David Durbin, Esq.

Enclosures

# 3558465_v1