From: B. Marian Chou <bmchou@mindspring.com>
Subject: **Otis Place**
Date: January 11, 2006 8:47:30 AM EST
To: bmyers@dcexaminer.com
Cc: augusto moreno <augustomorenobravo@yahoo.com>



Dear Mr. Myers,

In response to your January 4, 2006 article, I was shocked to see that you misquoted me.

Ms. Walker and I conducted a lot of hours to interview witnesses, collect evidence and legal research.  She was in the middle of contested trial all last week.  I gave her your phone number.  She even did not have a chance to call you back and you decided to print the article.

"In what his lawyer admits is a ploy to reopen negotiations over  the sale of his home,---"  I guessed that you did not understand the facts well in this case.  I represent Mr. Moreno and other tenants because they were badly represented by another attorney and so called "Presidents" of their organization.  I firmly believe that clients should be informed all aspects of the case and who pays the attorney for the work.  Mr. Glover wants the money.  For the record, Mr. Glover's unit is the nicest one in the whole building.  Have you ever visited the deplorable units in the  building?  Are you aware that the tenant's association's attorney is always being paid by landlord or developer without prior written consent from the clients?  Mr. Rome has represented a lot of clients in this town and has his own settlement company.

Journalist has a pen/or computer to write, then, write responsibly.

I don't expect you to be favorable to my clients, but you sure sounds  like you represent the Adler and LaKritz.  Mr. Adler and Mr. LaKritz cannot wait to try to kick every unit out.  They hire attorneys to evict tenants one by one, check the L&T records.  So, if you want to follow-up, follow the whole picture.  Is there any agenda that I am not aware of?

Thanks for your report.  Please check the court jacket to find out more info in the future.


B. Marian Chou Esq

From: "Alan Balaran" <abalaran@erols.com>
Subject: **RE: The new round on 809 Otis Place**
Date: March 23, 2006 11:54:49 AM EST
To: "'B. Marian Chou'" <bmchou@mindspring.com>

I'm happy to do so. I want you to think whether the first salvo should come from you threatening her with malicious prosecution and eternal hell and damnation, or from me.
Call me.

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.
Thank you.


-----Original Message-----
From: B. Marian Chou [mailto:bmchou@mindspring.com]
Sent: Thursday, March 23, 2006 10:48 AM
To: rafael.alfonzo@hklaw.com; d.durbin@jocs-law.com
Cc: augusto moreno
Subject: The new round on 809 Otis Place

Dear counsels,

Just a quick question, are you representing your clients in the Superior Court and Court of Appeals in the District Court? Please let me know.

I will like to know as soon as you can get back to me.

****** For Settlement purpose only for the following message********

    Mr. Glover is very eager to spread message for the management and the
alleged owner.

    Now, will your clients available to a settlement meeting or not?

    Thanks to get back to me soon.