IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 809-811 Otis Place, N.W. DC [sic]<br>Tenant [sic] Association, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Lakritz Adler Management, LLC, et al.<br><br>    Defendants. | 1:05 CV 02465 (EGS) |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS

Defendants, Lakritz Adler Management, LLC; Lakritz Adler Construction, LLC; Lakritz Adler Holdings, Inc.; Mr. Robb M. Lakritz; and Mr. Joshua Adler (collectively "Lakritz Adler") respectfully request to withdraw their motion that sanctions be imposed in this matter.

The parties to this and a related state court matter have reached a global settlement that includes a withdrawal of this motion.

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT, LLP

                                        */s/ Paul Kiernan*
                                        Paul J. Kiernan (DC Bar # 385627)
                                        Rafael E. Alfonzo (DC Bar # 478524)
                                        2099 Pennsylvania Avenue, N.W., Suite 100
                                        Washington, D.C. 20006
                                        (202) 663-7276
                                        (202) 955-5564 – fax

# 4372694_v1